JUDITH OSGOOD *v.* MALLORY CRAWFORD

MALLORY CRAWFORD *v.* JUDITH OSGOOD
(8641)

SPALLONE, O'CONNELL and HEIMAN, Js.

Argued January 16—decision released February 5, 1991

*Mallory Crawford,* pro se, the appellant (defendant in the first case, plaintiff in the second case).

*Thomas J. Hagarty, Jr.,* for the appellee (plaintiff in the first case, defendant in the second case).

PER CURIAM. Two judgments of the trial court are the subjects of this appeal.

In *Osgood* v. *Crawford,* the defendant is appealing from the judgment rendered on the jury's verdict for the plaintiff. In *Crawford* v. *Osgood,* the plaintiff is appealing from the judgment rendered after the jury returned a directed verdict for the defendant.

Our review of the record, transcripts and briefs in light of the claims properly before us reveals that the trial court acted properly and in accordance with applicable law.

The judgments are affirmed.